GREENBERG TRAURIG, LLP
Matthew R. Gershman (SBN 253031)
*GershmanM@gtlaw.com*
Heather J. Silver (SBN 285509)
*Heather.Silver@gtlaw.com*
Irene Chen (SBN 319590)
*Irene.Chen@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700
Fax:  310-586-7800

GREENBERG TRAURIG, LLP
Sabina A. Vayner (*admitted pro hac vice*)
*Sabina.Vayner@gtlaw.com*
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2409
Facsimile: 678-553-2256

*Attorneys for Plaintiff*
*Stanley Steemer International, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY STEEMER INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PRECISION CARPET CARE INC., STAINLESS STEAMER LLC, OFIR ASIS, and OMRI TALOR,<br><br>Defendants. | Civil Action No.:  2:25-cv-01836-JFW-BFM<br><br>**PLAINTIFF STANLEY STEEMER INTERNATIONAL, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST OFIR ASIS** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff Stainless Steemer International, Inc. ("Plaintiff") caused the First Amended Complaint and Summons to be personally served on Defendant Ofir Asis on May 28, 2025, as evidenced by the Proof of Service filed at ECF Dkt. No. 33 (*See* Exhibit 1 to accompanying Declaration of Matthew R. Gershman ("Gershman Decl.").). Accordingly, the last day for Ofir Asis to serve a responsive pleading was on June 18, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). Ofir Asis has not done so. (Gershman Decl., ¶ 3.)

Accordingly, Plaintiff requests that the Clerk enter default in this matter against Ofir Asis, on the ground that Ofir Asis has failed to appear before the Court or otherwise respond to the First Amended Complaint within the time period prescribed by the Federal Rules of Civil Procedure. Fed. R. Civ. P. 55(a).

DATED: June 27, 2025                    Respectfully submitted,

                                        By:   /s/ Matthew R. Gershman
                                              *Attorneys for Plaintiff*
                                              *Stanley Steemer International, Inc.*

REQUEST FOR ENTRY OF DEFAULT AGAINST OFIR ASIS