GREENBERG TRAURIG, LLP
Matthew R. Gershman (SBN 253031)
*GershmanM@gtlaw.com*
Heather J. Silver (SBN 285509)
*Heather.Silver@gtlaw.com*
Irene Chen (SBN 319590)
*Irene.Chen@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel:  310-586-7700
Fax:  310-586-7800

GREENBERG TRAURIG, LLP
Sabina A. Vayner (*admitted pro hac vice*)
*Sabina.Vayner@gtlaw.com*
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2409
Facsimile: 678-553-2256

*Attorneys for Plaintiff
Stanley Steemer International, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STANLEY STEEMER INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRECISION CARPET CARE INC., STAINLESS STEAMER LLC, OFIR ASIS, and OMRI TALOR, <br><br> Defendants. | Civil Action No.:  2:25-cv-01836-JFW-BFM <br><br> **DECLARATION OF MATTHEW R. GERSHMAN IN SUPPORT OF PLAINTIFF STANLEY STEEMER INTERNATIONAL, INC.'S REQUEST FOR ENTRY OF DEFAULT AGAINST OFIR ASIS** |

## DECLARATION OF MATTHEW R. GERSHMAN

I, Matthew R. Gershman, declare as follows:

1.  I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a shareholder at the law firm Greenberg Traurig, LLP, attorneys for Plaintiff Stanley Steemer International, Inc. ("Plaintiff"). I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2.  Attached hereto as **Exhibit 1** is a copy of the Proof of Service by Personal Service on Ofir Asis (filed at ECF Dkt. No. 33).

3.  As indicated on the ECF docket for this action, to date, Ofir Asis has not filed any responsive pleading, nor has my office been served with any responsive pleading.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of June 2025, at Los Angeles, California.

/s/ Matthew R. Gershman